**TOOR LAW, APC**
Puneet K. Toor, Esq. (SBN: 289893)
ptoor@toorlawfirm.com
245 Fischer Ave., D1
Costa Mesa, California 92626
Tel: (949) 652-6560 Fax: (949) 652-6960
Attorney for Plaintiff,
SUKHDEV MUNDIAN

**HASSARD BONNINGTON LLP**
J. Julia Hansen-Arenas, Esq. (#225697)
jjh@hassard.com
Bronson Wu, Esq. (#359380)
bww@hassard.com
111 Pine Street, Suite 1530
San Francisco, California 94111
Tel: (415) 288-9800 Fax: (415) 288-9801
Attorneys for Defendant
TARGET CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SUKHDEV MUNDIAN, an individual<br><br>        Plaintiff,<br>vs.<br><br>TARGET CORPORATION; DOES 1 to 25, inclusive<br><br>        Defendants. | USDC Case No.: 3:26-cv-03721-TSH<br>Alameda County Superior Court Case No. 26CV167086<br>*Assigned to the Hon. Ruben Sundeen Dept. 23*<br><br>STIPULATION TO REMAND TO STATE COURT;  ORDER<br><br>Date: July 2, 2026<br>Time: 10:00 a.m.<br>Dept.:  E, 15th Floor<br>Reservation ID:<br><br>Action Filed: January 28, 2026 |

- 1 -
STIPULATION TO REMAND TO STATE COURT; ORDER

**Plaintiff SUKHDEV MUNDIAN ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant"), by and through their respective counsel of record, hereby enter into the following Stipulation:**

WHEREAS,

1. On January 28, 2026, Plaintiff filed a Complaint for Damages in the Superior Court of the State of California, County of Alameda, Case No. 26CV167086.

2. On April 29, 2026, Defendant filed a Notice of Removal, removing this action to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1332 and 1441, asserting that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3. Plaintiff disputes that the amount in controversy exceeds $75,000.00 and has moved to remand this action to state court on the basis that the case is valued at not more than $75,000.00.

4. The parties have met and conferred and, in the interest of judicial economy and to avoid the expense of further motion practice, have agreed that the amount in controversy in this action does not exceed $75,000.00, exclusive of interest and costs, and that this Court therefore lacks the subject matter jurisdiction required to sustain the removal of this action.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SUKHDEV MUNDIAN and Defendant TARGET CORPORATION, through their respective counsel of record, as follows:

1. The amount in controversy in this action does not exceed $75,000.00, exclusive of interest and costs, as required to establish federal diversity jurisdiction under 28 U.S.C. § 1332(a);

2. This Court lacks subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, and removal was therefore improper under 28 U.S.C. § 1441;

3.	This action shall be remanded to the Superior Court of the State of California, County of Alameda, Case No. 26CV167086, assigned for all purposes to the Honorable Ruben Sundeen, Department 23; and

4.	Each party shall bear its own attorneys' fees and costs in connection with the removal and remand of this action.

**IT IS SO STIPULATED.**

Dated: May 20, 2026	**TOOR LAW, APC**

By: _____
Puneet K. Toor, Esq.
*Attorney for Plaintiff,*
SUKHDEV MUNDIAN

Dated: May 19, 2026	**HASSARD BONNINGTON LLP**

By: _____
J. Julia Hansen-Arenas, Esq.
Bronson Wu, Esq.
*Attorneys for Defendant,*
TARGET CORPORATION

**ORDER**

Having reviewed the foregoing Stipulation of the parties and good cause appearing, the Court hereby **ORDERS** as follows:

1.      The amount in controversy in this action does not exceed $75,000.00, exclusive of interest and costs, and this Court lacks subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a);

2.      This action is hereby remanded to the Superior Court of the State of California, County of Alameda, Case No. 26CV167086; and

3.      Each party shall bear its own attorneys' fees and costs in connection with the removal and remand of this action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 22, 2026

_____
United States Magistrate Judge
Northern District of California